AO 441 Summons in a Civil Action (Page 2)

FILED
JUN 23 2026
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ONE DEPUTY

Civil Action No. 26-cv-3125-JLS-JAC Date Issued: 5/19/26

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Carl DeMaio was received by me on *(date)* 5/21/2026.

I personally served the summons on the individual at *(place)* Alpine Community Center 1830 Alpine Blvd, Alpine CA 91901 on *(date)* 5/22/2026; or

I left the summons at the individual's residence or place of abode with *(name)* __________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of the individual)* __________, who is designated by law to accept service of process on behalf of *(name of organization)* __________ on *(date)* __________; or

I returned the summons unexecuted because __________; or

Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: 5/22/2026

[signature]
*Server's Signature*

Laisissa Kamai
*Printed name and title*

4241 View Pl San Diego, CA 92115
*Server's address*

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carl DeMaio
9820 Willow Creek Rd. suite 240
San Diego, CA 92131

9590 9402 0046 6058 4557 48

2. Article Number *(Transfer from service label)*

9589 0710 5270 3848 7627 62

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* Carl DeMaio

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Mail Restricted Delivery
(500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

9589 0710 5270 3848 7673 30

For delivery information, visit our website at *www.usps.com®*.

Sacramento, CA 95814
OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | 0040 |
| $ | $4.40 | 24 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Postmark Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $11.90 | 05/20/2026 |
| $ | | |
| Total Postage and Fees | $21.60 | |

Postmark: LAKESIDE, CA 92040 MAY 20 2026 USPS

Sent To: Office of Attorney General
Street and Apt. No., or PO Box No.: 1300 I Street
City, State, ZIP+4®: Sacramento, CA 95814

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

9589 0710 5270 3848 7627 62

For delivery information, visit our website at *www.usps.com®*.

San Diego, CA
OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | 0040 |
| $ | $4.40 | 52 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Postmark Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $2.17 | 06/08/2026 |
| $ | | |
| Total Postage and Fees | $11.87 | |

Postmark: LAKESIDE POST OFFICE LAKESIDE, CA 92040-USPS

Sent To: Carl DeMaio
Street and Apt. No., or PO Box No.: 9820 Willow Creek Rd Suite 240
City, State, ZIP+4®: San Diego, CA 92131

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

9589 0710 5270 3848 7673 23

For delivery information, visit our website at *www.usps.com®*.

Sacramento, CA 95814
OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | |
| $ | $4.40 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $11.90 | 05/20/2026 |
| $ | | |
| Total Postage and Fees | $21.60 | |

Postmark: LAKESIDE, CA 92040 MAY 20 2026 USPS

Sent To: Carl DeMaio
Street and Apt. No., or PO Box No.: 1021 O Street, Suite 4630
City, State, ZIP+4®: Sacramento, CA 95814

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions