FILED
AUG 27 2026
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Brandon Glen Jackson
8711 Via Diego Ter
Lakeside, California 92040
Plaintiff in Pro Per

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BRANDON GLEN JACKSON,**<br><br>Plaintiff,<br><br>v.<br><br>**CARL DEMAIO,**<br><br>Defendant. | Case No. 3:26-cv-03125-JLS-JAC<br><br>**REQUEST FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT CARL DEMAIO; DECLARATION OF PLAINTIFF** |

**TO THE CLERK OF THE COURT:**

Plaintiff Brandon Glen Jackson respectfully requests that the Clerk enter the default of Defendant Carl DeMaio pursuant to Federal Rule of Civil Procedure 55(a).

Defendant Carl DeMaio was served three separate times. First, the summons and complaint were sent by USPS certified mail on May 20, 2026. Second, Defendant was personally served on May 22, 2026. Third, the summons and complaint were again sent by USPS certified mail on June 8, 2026.

Personal service on May 22, 2026 independently triggered Defendant's time to respond. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant had

21 days after service to answer or otherwise respond. Excluding the day of service and computing time under Federal Rule of Civil Procedure 6(a), Defendant's response was due on June 12, 2026.

Defendant has failed to plead or otherwise defend within the time allowed. Accordingly, Plaintiff requests that the Clerk enter Defendant Carl DeMaio's default under Federal Rule of Civil Procedure 55(a).

Plaintiff understands that any later request for judgment would be made separately after entry of default.

Dated: August 27, 2026
Respectfully submitted,

______________________________
Brandon Glen Jackson
Plaintiff in Pro Per

**DECLARATION OF BRANDON GLEN JACKSON**

I, Brandon Glen Jackson, declare as follows:

1. I am the plaintiff in this action and make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the matters stated here.

2. I filed the complaint in this action on May 19, 2026.

3. The summons issued on May 19, 2026.

4. Defendant Carl DeMaio was served three separate times.

5. The summons and complaint were sent by USPS certified mail on May 20, 2026.

6. Defendant Carl DeMaio was personally served with the summons and complaint on May 22, 2026.

7. The summons and complaint were again sent by USPS certified mail on June 8, 2026.

8. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant had 21 days after personal service to answer or otherwise respond. Defendant's response deadline was June 12, 2026.

9. To the best of my knowledge, Defendant has not answered, moved, or otherwise defended within the time allowed by the Federal Rules of Civil Procedure.

10. I request that the Clerk enter Defendant Carl DeMaio's default pursuant to Federal Rule of Civil Procedure 55(a).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 27, 2026, at Lakeside, California.

Brandon Glen Jackson

# [PROPOSED] CLERK'S ENTRY OF DEFAULT

Default is hereby entered against Defendant Carl DeMaio pursuant to Federal Rule of Civil Procedure 55(a).

Dated: ______________________
Clerk of Court / Deputy Clerk