CARA L. JENKINS (SBN: 271432)
Legislative Counsel
BRIAN A. BOBB (SBN: 250594)
Principal Deputy Legislative Counsel
PATRICK TING (SBN: 301060)
Deputy Legislative Counsel
Office of Legislative Counsel
925 L Street, Suite 900
Sacramento, California 95814
Telephone: (916) 341-8284
Email: patrick.ting@lc.ca.gov

Attorneys for California State Assembly Member Carl DeMaio

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON GLEN JACKSON,<br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE ASSEMBLY MEMBER CARL DEMAIO,<br>Defendant. | Case No.: 3:26-cv-03125-JLS-JAC<br><br>**DECLARATION OF ASSEMBLY MEMBER CARL DEMAIO IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT**<br><br>Date: December 3, 2026<br>Time: 1:30 P.M.<br>Judge: Hon. Janis L. Sammartino<br>Courtroom: 4D |

I, CARL DEMAIO, declare:

1. I have personal knowledge of the facts set forth in this declaration and am competent to testify thereto if called as a witness.

2. I am a California State Assembly Member, representing the 75th District. I assumed office on December 2, 2024.

3. I attended a campaign event at the Alpine Community Center, located at 1830 Alpine Boulevard, Alpine, CA, 91901, on May 22, 2026. There were approximately 100 attendees, including myself.

4. Around 6:30 P.M., an individual whom I did not recognize approached me and said, "I'm sorry to do this, as I'm a fan." The individual then handed me a single sheet of paper, entitled "Summons in a Civil Action," with "Civil Action No. 26-cv-3125-JLS-JAC." A true and correct copy of that summons has been attached as Exhibit A. There was no complaint or any other document attached to the summons.

5. The individual who handed me the summons at the campaign event at Alpine Community Center on May 22, 2026, did not deliver any other documents to me. Since then, I have not been personally served with any other documents relating to the instant case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 10-9-26

Carl DeMaio

# EXHIBIT A

Civil Action No. 26-cv-3125-JLS-JAC

*Plaintiff*

v.

arl DeMaio

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Carl DeMaio
9820 Willow Creek Road, Suite 240
San Diego, CA 92131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 d if you are the United States or a United States agency, or an office or employee of the United States describ in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon Glen Jackson
8711 Via Diego Ter
Lakeside, CA 92040
619-792-6619

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/19/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

John Morrill
*CLERK OF COURT*

S/ Dimitri English
*Signature of Clerk or Deputy Clerk*