UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BRANDON GLEN JACKSON
Plaintiff,

v.

CARL DEMAIO,
Defendant.

Case No.: 26-CV-3125 JLS (JAC)

**ORDER (1) VACATING HEARING ON DEFENDANT'S MOTION TO SET ASIDE DEFAULT AND APPLICATION TO SHORTEN TIME, (2) MODIFYING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND DEFENDANT'S MOTION TO SET ASIDE DEFAULT, AND (3) DENYING AS MOOT DEFENDANT'S APPLICATION FOR AN ORDER SHORTENING TIME**

(ECF Nos. 6, 8, 10)

Presently before the Court are Plaintiff's Motion for Default Judgment (ECF No. 6) and Defendant's Motion to Set Aside Default (ECF No. 8). The Court finds both Motions appropriate for determination on the papers without oral argument pursuant to Civil Local Rule 7.1(d)(1) and takes the Motions under submission. The hearing set for December 3, 2026, is thus **VACATED**. For judicial efficiency, the Court sets the following briefing schedule. Plaintiff **SHALL FILE** his opposition to the Motion to Set Aside Default on or before November 3, 2026. Defendant **MAY FILE** his reply, if any, on or before November

17, 2026. The briefing schedule on Plaintiff's Motion for Default Judgment, set out in ECF No. 7, is **VACATED**. After ruling on Defendant's Motion to Set Aside Default, the Court will set a new briefing schedule on Plaintiff's Motion for Default Judgment, if necessary. Defendant's Application to Shorten Time is thus **DENIED AS MOOT** (ECF No. 10).

**IT IS SO ORDERED.**

Dated: October 15, 2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge